UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EURIE BRIM, III,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM J. SCHLAERTH, *et al.*,<br><br>    Defendants. | Case No. 1:17-CV-00797-AWI-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 11) |

Eurie Brim, III ("Plaintiff") is proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on June 12, 2017. (ECF No. 1). Plaintiff alleges that William J. Schlaerth, a Kern County District Attorney, violated his constitutional rights by committing perjury and using testimony and evidence he knew to be false. Sean Mountjoy, a Kern County Sheriff Officer, violated his rights by knowingly and willfully committing perjury, falsifying police reports, and willfully introducing evidence from an unrelated criminal case.

On October 23, 2017, the Court screened the Complaint, and found that it fails to state a cognizable claim against any defendant. (ECF No. 9.) Specifically, the Court found that Plaintiff improperly seeks to collaterally attack his criminal conviction through a § 1983 action. *Id.* The Court directed Plaintiff to either (1) file a first amended complaint or (2) notify the Court that he wishes to stand on his Complaint, subject to findings and recommendations to the district judge

1

consistent with the October 23, 2017 Order. *Id.*

On November 2, 2017, Plaintiff filed a notice stating that he would like to stand on his complaint, and at the same time was unaware he must wait for resolution of all the issues concerning his challenge to his criminal conviction before filing a § 1983 action. (ECF No. 11.) Plaintiff requests that the Court dismiss this action without prejudice. *Id.*

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his action without a court order. Thus, this action is dismissed without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **November 7, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE